UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| MELINDA CARUTHERS, | ) |  |
|---|---|---|
| Petitioner, | ) ) ) | |
| v. | ) | No. 3:23-CV-065-KAC-DCP |
| STATE OF TENNESSEE BOARD OF PAROLE and TENNESSEE DEPARTMENT OF CORRECTION, | ) ) ) ) ) | |
| Respondents. | ) | |

# JUDGMENT

In the Memorandum Opinion and Order, the Court dismissed Caruthers's claims without prejudice. The Court therefore **DIRECTS** the Clerk to close this case.

**SO ORDERED.**

**ENTER:**

                                               s/ Katherine A. Crytzer
                                               KATHERINE A. CRYTZER
                                               United States District Judge

ENTERED AS A JUDGMENT
*s/ LeAnna R. Wilson*
    CLERK OF COURT